## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUEEL AHMED, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-3017 |
| v. | : | |
| | : | |
| ERIC HOLDER, et al. | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this __18th__ day of March, 2014, it is **ORDERED** that Defendants' Combined Motion to Dismiss and Motion for Summary Judgment is **DENIED** in part and **GRANTED** in part.  It is **ORDERED** as follows:

- Defendants' motion to dismiss the claims under the Due Process Clause and the Declaratory Judgment Act is **GRANTED**.

- Defendant's motion to dismiss and motion for summary judgment on the APA claims for unlawful withholding or unreasonable delay are **DENIED**.

- Defendants are **ORDERED** to adjudicate Ahmed's application for adjustment of immigration status on or before **July 16, 2014**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: